**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7784**

SAMUEL LAMONT WHITNER,

Plaintiff – Appellant,

v.

DISCIPLINARY COUNSEL LESLEY M. COGGIOLA; STAFF ATTORNEY
TIFFANY N. RICHARDSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:12-cv-01876-CMC)

Submitted:  January 22, 2013        Decided:  January 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Lamont Whitner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Lamont Whitner appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Whitner's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. _Whitner v. Disciplinary Counsel Lesley M. Coggiola_, No. 3:12-cv-01876-CMC (D.S.C. Sept. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2